JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA : INDICTMENT

-v.- : 08 Cr.

08 CRIM 196

ARNOLD R. SLEDGE, :

Defendant. :

- - - - - - - - - - - - - - - - - - -X

COUNT ONE

The Grand Jury charges:

1. In or about December 2006, in the Southern District of New York and elsewhere, ARNOLD R. SLEDGE, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, Commerce Bank, N.A., and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, SLEDGE deposited counterfeit checks into a Commerce Bank, N.A. bank account and withdrew those funds.

(Title 18, United States Code, Sections 1344 and 2.)



COUNT TWO

The Grand Jury further charges:

2. In or about December 2006, in the Southern District of New York and elsewhere, ARNOLD R. SLEDGE, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, J.P. Morgan Chase Bank, N.A., and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, SLEDGE deposited counterfeit checks into a J.P. Morgan Chase Bank, N.A. bank account and withdrew those funds.

(Title 18, United States Code, Sections 1344 and 2.)

COUNT THREE

The Grand Jury further charges:

3. In or about December 2006, in the Southern District of New York and elsewhere, ARNOLD R. SLEDGE, the defendant, unlawfully, willfully, and knowingly, did make, utter, and possess a counterfeit security of an organization, with intent to deceive another person, organization, and government, to wit, SLEDGE possessed and deposited into bank accounts approximately eight (8) counterfeit checks purportedly from

corporate entities.

(Title 18, United States Code, Section 513 and 2)

FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in this Indictment, ARNOLD R. SLEDGE, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of the offenses charged herein, to wit bank fraud.

Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C.

§ 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981, Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 1344.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**ARNOLD R. SLEDGE**

**Defendant.**

**INDICTMENT**

08 Cr.

(18 U.S.C. § 1344 & 2,
18 U.S.C. § 513 & 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

3/10/08
Fld Ind [illegible] 11-1-07 A/W ordered
This case is assigned to Judge Crotty for all purposes
Mag Judge Peck